**Exhibit A to the Complaint**

**Location:** Lyndhurst, NJ  
**Total Works Infringed:** 32  

**IP Address:** 173.54.155.12  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash: 1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 09/21/2020 02:43:59 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 2 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09/01/2020 02:44:49 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 3 | Info Hash: D71122412282C0C91E3B596E16BA20CB45EA76A0<br>File Hash: 72A39B0E55E8088067CB89FD3A2622952A727EEB16BFAC7EDDDBDA21FDA7908E | 04/25/2020 04:09:12 | Vixen | 04/24/2020 | 05/05/2020 | PA0002249029 |
| 4 | Info Hash: 1B7C2A860934AA580DF97BF6D6E7E18075E90612<br>File Hash: DB7D1811FB7FF459267F5D52450BC2693B7D70A70A26828177CFC78C7276ACF2 | 04/11/2020 04:16:28 | Blacked Raw | 03/30/2020 | 04/17/2020 | PA0002237303 |
| 5 | Info Hash: 915E67F728B3E924E28B40743321B2F1C9850FCE<br>File Hash: 7AEF308DB4A0E84D1537F4A6FC2924AF51BEF18725BA1E6BABD46CFA34C28050 | 03/08/2020 04:34:07 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 6 | Info Hash: 191B755C2B9866BF09B81833190A164720CC1058<br>File Hash: FA2167D00AAA4F8DF475E469B1EEA5578F7B2D77B6F760CEDCF9924E5B3D5F54 | 02/09/2020 02:22:56 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 7 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02/05/2020 02:57:49 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 8 | Info Hash: CC0CDBCAA5D8939E0C5F5981E9F956097EB99B2D<br>File Hash: C37DD43919750B85BD593CA087799A3B9CB38BA6E3813E2D7E27DB3AADF2BABE | 01/26/2020 19:58:09 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 01/13/2020 01:17:59 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 10 | Info Hash: 03BDBAB1ACA79F441D77CEC21E238F41A94C8553<br>File Hash: 57C68256BB15BB4FD7569464BC37D87E22482ACEAFEB9E1920C98EA583FEB0CE | 11/07/2019 02:44:54 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 11 | Info Hash: C0DF419D29F64D36DD73B47799D2DFE0F93309DC<br>File Hash: 1B9E97408C9467FE0DDBC164B88F93BDC4D4E83470DA93AAAB786D74CA75F93B | 10/30/2019 02:49:38 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 12 | Info Hash: 892AC0EA6A2C5EE282AE707D4FDC1D3CE0031E90<br>File Hash: 5935F939E03EFE7B107E7A8EAD52D12413FEE21DF6710192553EB3815DCB4ECD | 10/18/2019 14:14:28 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 13 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 10/07/2019 02:00:46 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 14 | Info Hash: 50B31F2C7B3A3B6AB997B8883FC629F56CBBA9AC<br>File Hash: 1509C9EFB1EC469E14E58FEED02E7E75C173CF4DFC0FEC170A4A1088C12A0930 | 09/28/2019 19:06:39 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 15 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash: F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 08/03/2019 18:22:32 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 16 | Info Hash: C1957FCFBE31019DF2047C1FDF3C4DE2C5A41C8D<br>File Hash: CCE5D72606498343DCA8F50DCA2E278FFB75C23FDFAA645F013AE5D0F2B253A9 | 07/20/2019 17:40:28 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 17 | Info Hash: 4E9DC5664C79C201A2EA19FB2A7F778E148DB0AA<br>File Hash: 73B715F6AC7F506A697AB7F43FE9BF94A157FCB2D43B47BF7A397FD3CA85AD99 | 07/03/2019 02:30:22 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 561293DE0E009B5A8DE39A6D2BDF9FF1FCC5BFFE<br>File Hash: D6CBCB674E94C8E6BCE82ADD771E1790BAA0E885A3C8DA803778FCCA979A8D46 | 06/30/2019 03:07:59 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 19 | Info Hash: F8583702AE872EE053184CA6080068C9F92E88CD<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 06/03/2019 04:36:52 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 20 | Info Hash: 1B5AC110154E286F856DDCBC4763BA5A9DA1A1D7<br>File Hash: 0305899FD2CB41D57479E433D434D15F3EA4B729B728E714FB8CB083D82CC83A | 05/21/2019 02:51:08 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 21 | Info Hash: E1C7277B3B893153064CC9E439E48147D940C64F<br>File Hash: 850AC65387644C9E92B21C6C36EDEA25EFAD700F3DB2E86434AA41123B536A35 | 05/21/2019 02:49:44 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 22 | Info Hash: 57486A4EDC4CD3291B78225FD65401AF15D5AD8A<br>File Hash: E64B4FF9B92806F61563E1BA7DA3EC247E543E4873D1BE0BF67780682F1050A1 | 05/13/2019 01:43:21 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 23 | Info Hash: 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A<br>File Hash: 1758B5DB51DD6950A5BD9225EBB5759AC48CB6E53BB6FB95F253886DA519BB1B | 05/13/2019 00:40:44 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 24 | Info Hash: 3057BF80057D086E015D232A96F878002F7DC1BD<br>File Hash: 653F17D74F84B90A1658D652D7C1CB1A2894AC7E31F13B970272BDBE4940DB7B | 05/13/2019 00:37:17 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 25 | Info Hash: 72A7FDEB188736A60CD05E8EC28E9EBBDC00883D<br>File Hash: 98BD87B3C2A1609BC8B116546007CA40E6C69C2318A7D79260DE010976C30A7C | 04/15/2019 02:51:44 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 26 | Info Hash: C43143740AC2FDF8A9A8CB08ED45FB335BA1C09C<br>File Hash: 377C52756CE6855395DC468D8EB65E00DFA582571ADB6D4D951040C2BC7AFA82 | 03/16/2019 23:48:44 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F7A1664897ED25B4A69E74183370FD8202E9A9E0<br>File Hash: ABC50DF087F9B0292E3664A6FA0A8A1DEB17905A0847C09D17D2ADF56FEBB8C9 | 02/19/2019 03:35:47 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 28 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 01/15/2019 04:24:22 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 29 | Info Hash: 3CDE1F23A51AF3C8339D27D483429B0BF70B7F2D<br>File Hash: 548B0DD7556146AD555D40D53964A027D540AF8E2730803703F91DA9782286D6 | 01/12/2019 17:10:35 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 30 | Info Hash: B68B8C669446003D2232423C89CFB7B2794ADF8E<br>File Hash: E1137B31F889F8A79E676457DDAFAAB2FB72CCA1C25DA5F1D0B70B95C4574B63 | 01/03/2019 02:30:16 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 31 | Info Hash: BC99AFD8339B2F6F1D938E7B2DE177ED9F98AE97<br>File Hash: 315267932786BFE315BC58BE9F1E1C6DC34365AAA24A0092A89AC735AE62E96B | 12/22/2018 19:13:42 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 32 | Info Hash: 1E1DD6C50EC3B406AC1493816D950061A2B87920<br>File Hash: CD3DC37DA0B47171D831D076C655C45D535AA481A092EAD960685507B01331CC | 12/08/2018 00:57:13 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |